# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRIS MAKANJIRA,** | : | **CIVIL NO. 1:18-CV-222** |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **CRAIG A. LOWE,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 26th day of October, 2018, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), wherein petitioner, Chris Makanjira, challenges the constitutionality of his prolonged detention by United States Immigration and Customs Enforcement ("ICE"), and this court, in an effort to ascertain the custodial status of petitioner, accessed the ICE Online Detainee Locator System, which revealed that petitioner is no longer in the custody of that agency, which renders the petition moot[1], see Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that

---

[1] Upon entering petitioner's alien registration number, 095946094, and his country of birth, Tanzania, into the Online Detainee Locator System, https://locator.ice.gov/odls/homePage.do, the results returned no matches for any such detainee. The ICE local field office confirmed that petitioner was removed from the United States on July 18, 2018.

eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."), it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.
2. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania